IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LESTER PUERNER,

                    Plaintiff                    ORDER

  v.

                                                        14-cv-781-slc

DAWN ATKINSON,

                    Defendant.

---

      Plaintiff Lester Puerner is proceeding *pro se* on a claim that defendant Dawn Atkinson violated his rights under the Eighth Amendment and state law by denying him compression supports to treat blood clots in his legs. Now before the court is his motion for assistance in responding to discovery requests he received from counsel for defendant Atkinson. Dkt. 35. In particular, he states that he is unsure how to respond to certain requests from defendant's counsel for medical information. He seems to be unsure about what counsel was asking for and in what format he should provide the information to counsel.

      After plaintiff filed his motion for court assistance, defendant's counsel wrote a letter to plaintiff detailing precisely what information they are seeking and how plaintiff may provide that information. Defense counsel helpfully provided a copy of the letter to the court. *See* dkt. 37. This letter appears to clarify defendant's discovery requests and it provides step-by-step suggestions for how plaintiff may respond to these discovery requests.

      In light of this letter, it is appears that there is no need for court intervention at this time. Plaintiff should review the letter from defense counsel and consider whether he can meet the requests contained in it. If he has further questions about defendant's requests, or if he objects to any of the discovery sought by defendant, he should first contact defendant's counsel for clarification or to voice his objections. If plaintiff remains confused after communicating with defense counsel, then he should then feel free to contact the court again for assistance.

ORDER

IT IS ORDERED that plaintiff Lester Puerner's request for court assistance in responding to discovery, dkt. 35, is DENIED as unnecessary at this time.

Entered this 19th day of September, 2016.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge