IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LESTER PUERNER,

    Plaintiff,

v.

DAVID HINES, NURSE FOSTER,
DAWN ATKINSON and
DAVID BURNETT,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-781-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Lester Puener leave to proceed and dismissing his claims against David Hines, Nurse Foster, and David E. Burnett and;

(2) granting summary judgment in favor of Dawn Atkinson and dismissing this case.

/s/                                                          8/1/2017

Peter Oppeneer, Clerk of Court                  Date